| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Ronald | A | Lowder |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for: | NORTHERN DISTRICT OF ILLINOIS | | |
| | | | (State) |
| Case number (If known) | 14-80075 | | |

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[X] **Denied.** The debtor must pay the $306 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 76.50 | 2/13/14 |
| $ 76.50 | 3/13/14 |
| $ 76.50 | 4/14/14 |
| + $ 76.50 | 5/13/14 |
| **Total** $ 306.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at ___:___ AM / PM at _____
   Month / day / year                                   Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

JAN 14 2014        By the court: _____
Month / day / year                  United States Bankruptcy Judge

## CERTIFICATE OF MAILING

    I, Jody Clarke, certify that on January 14, 2014, I caused copies of the attached **Order on the Application to have the Chapter 7 Filing Fee Waived** to be served to the parties listed via First Class Mail and/or electronically via the Court's electronic notification system:

**Ronald A Lowder**
457 Burch Wood Lane
Davis Junction, IL 61020

*Trustee*
**Daniel Donahue**
P O Box 2903
Rockford, IL 61132-2903

**Laura L. McGarragan**
McGarragan Law Offices
1004 N Main Street
Rockford, IL 61103

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715

Jody Clarke
**Relief Courtroom Deputy**
(779)772-8331